# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. __II__  Investigating Agency __FBI__

City __Boston, Brockton, Springfield__

County __Suffolk, Plymouth, Hamden__

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __23-7232-JCB and 23-7323-JCB__
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __Fernando Bost__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name __Martell Bloxson__

Address (City & State) __Boston, MA__

Birth date (Yr only): __1991__   SSN (last4#): __1646__   Sex __M__   Race: _____   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

## U.S. Attorney Information:

AUSA __Luke A. Goldworm__   Bar Number if applicable __677657__

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

## Location Status:

**Arrest Date** __04/06/2023__

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at __Hamden County HOC__   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/12/2023   Signature of AUSA: /s/ Luke A. Goldworm

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Fernando Bost

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951(a) | Interference with commerce by threats or violence | 1-2 |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   _____

_____